\*\*Original filed 5/12/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. ROSENBERGER, ) | No. C 06-2838 JF (PR) |
| Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| SANTA BARBARA COUNTY, et al., ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Santa Barbara County and County personnel. Because the Defendants are located in Santa Barbara County, which lies within the venue of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 5/12/06

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.06\Rosenberger838trans        1

1  A copy of this ruling was mailed to the following:

2

3  Paul R. Rosenberger
   V-24419
   Taft CCF
4  330 Commerce Way
   Taft, CA  93268

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28